IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN NIELEN-THOMAS,

    Plaintiff,

  v.

CONCORDE INVESTMENT SERVICES, LLC,
FORTUNE FINANCIAL SERVICES, INC.,
TD AMERITRADE, INC.,
WISCONSIN RIVER BANK, and
WISCONSIN INVESTMENT SERVICES, LLC,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-229-jdp

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Concorde Investment Services, LLC, Fortune Financial Services, Inc., TD Ameritrade, Inc. against plaintiff Susan Nielen-Thomas dismissing her claims with prejudice.

    IT IS FURTHER ORDERED AND ADJUDGED that defendant Wisconsin River Bank's crossclaims are dismissed without prejudice.

| s/ K. Frederickson, Deputy Clerk | July 27, 2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |