IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SUSAN NIELEN-THOMAS
on behalf of herself and all
others similarly situated,

        Plaintiffs,

v.

CONCORDE INVESTMENT SERVICES, LLC,
FORTUNE FINANCIAL SERVICES, INC.,
TD AMERITRADE, INC.,
WISCONSIN RIVER BANK, and
WISCONSIN INVESTMENT SERVICES, LLC,

        Defendants.

**NOTICE OF APPEAL**
Case No. 3:18-cv-229-jdp

PLEASE TAKE NOTICE that Plaintiff Susan Nielen-Thomas hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment by the Honorable James D. Peterson, United States District Judge for the Western District of Wisconsin, entered on July 27, 2018, Docket No. 59.

Respectfully submitted this 27th day of August, 2018.

    SUSAN NIELEN-THOMAS
    Plaintiff-Appellant

    HALLING & CAYO, S.C.

    By: *s/ Michael H. Schaalman*
        Michael H. Schaalman
        State Bar No. 1015424
        Ami A. Regele
        State Bar No. 1098294
        320 East Buffalo Street, Suite 700
        Milwaukee, WI 53202
        Attorneys for Plaintiff,
            Susan Nielen-Thomas

# CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2018, I electronically filed the Plaintiffs' Notice of Appeal with the Clerk of the Court for the United States District Court for the Western District of Wisconsin, on behalf of the Plaintiff, using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully submitted,

*s/ Michael H. Schaalman*
Michael H. Schaalman
State Bar No. 1015424