# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## FINAL JUDGMENT

January 24, 2019

| Before: | JOEL M. FLAUM, Circuit Judge |
| | MICHAEL S. KANNE, Circuit Judge |
| | DAVID F. HAMILTON, Circuit Judge |

| No. 18-2875 | SUSAN NIELEN-THOMAS, Plaintiff - Appellant  v.  CONCORDE INVESTMENT SERVICES, LLC, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:18-cv-00229-jdp  Western District of Wisconsin  District Judge James D. Peterson ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)